Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Docket Number: 6:19-mj-00029-JDP |
|---|---|
| Plaintiff, | |
| | **MOTION TO VACATE REVIEW HEARING AND TERMINATE PROBATION; AND ORDER THEREON** |
| IAN YEUNG, | |
| Defendant. | |

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for November 5, 2019. and to terminate probation. The Defendant is in agreement with this request.

On June 12, 2019, this Court sentenced Yeung to six months of unsupervised probation with the conditions he obey all laws, report any law violation or change of address, pay a fine and assessment of $500, and appear for a review hearing on November 5, 2019. The judgement allowed for the review hearing to be vacated, and probation to be immediately terminated if Yeung was compliance. To date, Yeung is in compliance with all the terms and conditions of probation, and accordingly, the Government requests the Court vacate the review hearing and terminate probation.

//

1

.

Dated:  October 30, 2019                            /S/ Susan St. Vincent
                                                    Susan St. Vincent
                                                    Legal Officer
                                                    Yosemite National Park

ORDER

Upon application of the United States, good cause having been shown therefor, I order that the review hearing scheduled for November 5, 2019 in the above-referenced matter, *United States v. Yeung, 6:19-mj-0029-JDP*, be vacated and that probation terminate immediately.

IT IS SO ORDERED.

Dated: October 31, 2019 /s/ Jeremy Peterson
UNITED STATES MAGISTRATE JUDGE

3